# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MOHAMED | CASE No C 18-01097-HSG |
| Plaintiff(s) | |
| v. | STIPULATION AND ~~[PROPOSED]~~ |
| | ORDER SELECTING ADR PROCESS |
| CHECKR, INC. | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☑ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☑ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.* )

☐ other requested deadline:

Date: 5/3/18        /s/ Stephanie Tatar
_____
                    Attorney for Plaintiff

Date: 5/3/18        /s/ Allen P. Lohse
_____
                    Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 5/18/2018        *Haywood S. Gull Jr.*
_____
                    U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*