1  STEPHANIE R. TATAR, Bar No. 237792
   Stephanie@thetatarlawfirm.com
2  TATAR LAW FIRM, APC
   3500 West Olive Ave., Suite 300
3  Burbank, CA  91505
   Telephone:  323.744.1146
4  Facsimile:   888.778.5695

5  Attorneys for Plaintiff
   OMAR MOHAMED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OMAR MOHAMED, | Case No. 4:18-cv-01097-HSG |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| CHECKR, INC., | |
| Defendant. | |

STIPULATION OF DISMISSAL                                    Case No. 4:18-cv-01097-HSG

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and in accordance with the terms of the Settlement Agreement and General Release of All Claims between Plaintiff Omar Mohamed ("Plaintiff") and Defendant Checkr, Inc. ("Checkr"), Plaintiff and Checkr, through undersigned counsel, stipulate and agree to the dismissal *with prejudice* of all claims by Plaintiff against Checkr. Each party to this stipulation shall bear his/its own costs, including attorneys' fees. The Court retains jurisdiction to enforce the Agreement between Plaintiff and Checkr.

**IT IS SO STIPULATED**.

Dated: June 13, 2018

/s/*Stephanie R. Tatar*
STEPHANIE R. TATAR
TATAR LAW FIRM, APC
Attorneys for Plaintiff OMAR MOHAMED

Dated: June 13, 2018

/s/*Rod M. Fliegel*
ROD M. FLIEGEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant CHECKR, INC.

Firmwide:154931450.1 091435.1009

STIPULATION OF DISMISSAL        2.        Case No. 4:18-cv-01097-HSG